**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Laura A. Rogal (025159)
lar@jaburgwilk.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Escobedo, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THQ Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:12-cv-02470-JAT<br><br>**NOTICE OF FILING BANKRUPTCY BY DEFENDANT THQ, INC.**<br><br>(Assigned to Honorable James A. Teilborg) |

   Plaintiff Christopher Escobedo hereby gives notice that Defendant THQ, Inc. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the District of Delaware on December 19, 2012, Case No. 12-13398(MFW). The Bankruptcy Case is currently open, and the automatic stay remains in effect.

   DATED this 21st day of June, 2013.

                              **JABURG & WILK, P.C.**

                              By /s/Maria Crimi Speth
                                 Maria Crimi Speth
                                 Laura A. Rogal
                                 3200 N. Central Avenue, 20th Floor
                                 Phoenix, AZ 85012
                                 Attorneys for Plaintiff

16290-1\LAR\LAR\1091043.1