# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Escobedo,<br><br>       Plaintiff,<br><br>v.<br><br>THQ Incorporated,<br><br>       Defendant, | **JUDGMENT IN A CIVIL CASE**<br><br>CV 12-2470-PHX-JAT |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED  that pursuant to the Court's ruling of December 11, 2013,  Plaintiff shall take nothing by way of the Complaint.  The Complaint and this action are hereby dismissed with prejudice for failure to prosecute.

  December 11,   2013                  BRIAN   D.   KARTH
Date                                           DCE/Clerk of Court

                                                           . s/   Ruth E. Williams
                                                      By     Ruth E. Williams
                                                                        Deputy Clerk